# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**VALPAK DIRECT MARKETING SYSTEMS, INC.,**

    **Plaintiff,**

v.                                                                                  Case No.  8:06-cv-482-T-30MAP

**SANMARKETING, INC., MARK J. PRAVE, PAUL W. VINCENT,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Final Judgment After Default and Memorandum in Support (Dkt. #15), the Declaration of Donald McCreery filed in support thereof (Dkt. #16), and the Clerk's Entry of Default as to Sanmarketing, Inc. (Dkt. #13).  The Court, having considered the motion, memorandum, affidavit, and being otherwise advised in the premises, finds that Plaintiff's motion should be granted.

Pursuant to Fed.R.Civ.P. 54(b) and (c), Plaintiff moves for a default final judgment against Defendant Sanmarketing, Inc. only.[1]  The Court notes that Defendant, Sanmarketing, Inc., is in default and has failed to answer or otherwise defend against the allegations of

---

[1] Suggestions of Bankruptcy have been filed on behalf of Defendants, Mark J. Prave (Dkt. #17) and Paul W. Vincent (Dkt. #12).

Plaintiff's Complaint.   Plaintiff seeks the following damages against Defendant, Sanmarketing, Inc:

| | | |
|---|---|---|
| A) | Franchise Agreement | |
| | Principal | $141,321.63 |
| | Interest | |
| | (69 days @ $69.6928 per diem[2]) | $   4,808.81 |
| | Subtotal | $146,130.44 |
| B) | Promissory Note | |
| | Principal | $ 7,956.84 |
| | Interest | |
| | (69 days @ $3.9239 per diem[3]) | $    270.75 |
| | Subtotal | $ 8,227.59 |
| | **Grand Total** | **$154,358.03** |

It is therefore ORDERED AND ADJUDGED that:

1.  Plaintiff's Motion for Entry of Final Judgment After Default and Memorandum in Support (Dkt. #15) is GRANTED as to Defendant Sanmarketing, Inc. only.

2.  The Clerk is directed to enter partial final judgment in the amount of **$154,358.03** against the Defendant, Sanmarketing, Inc., and in favor of Plaintiff, Valpak Direct Marketing Systems, Inc.

3.  The Clerk is directed to ADMINISTRATIVELY CLOSE this case.

---

[2] The parties agreed to a contractual default rate of interest of 18% per annum in the Franchise Agreement (Dkt. #1-2).

[3] The parties agreed to a contractual default rate of interest of 18% per annum in the Promissory Note (Dkt. #1-4).

4.      Plaintiff's counsel shall file a status report with this Court on or before December 15, 2006, and every six (6) months thereafter, as to the status of Defendants Mark J. Prave's and Paul W. Vincent's bankruptcy proceedings, until further notice by this Court.

**DONE** and **ORDERED** in Tampa, Florida on June 16, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-482. dfj.wpd