UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VALPAK DIRECT MARKETING SYSTEMS, INC.**, a Delaware corporation,

Plaintiff,

vs.

Case No.: 8:06-CV-00482-T-30MAP

**SANMARKETING, INC.**, a Pennsylvania corporation, **MARK J. PRAVE**, an individual, and **PAUL W. VINCENT**, an individual,

Defendants.

## ORDER

This action is before the Court on Plaintiff's Motion to Dismiss Defendants Mark J. Prave and Paul W. Vincent (Dkt. 22). Upon due consideration, it is

**ORDERED** and **ADJUDGED** that:

1. Defendants Mark J. Prave and Paul J. Vincent are dismissed from this action without prejudice.

2. Plaintiff's obligation to file a status report as to the above Defendants' bankruptcies is terminated.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 12, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

1